IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>MARY P. ODEGARD, an individual;<br>LESLIE N. ODEGARD, an individual,<br><br>            Defendants. | 2:07-cv-289-GEB-DAD<br><br><br><br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

        In light of the representation in the Status Report filed June 18, 2007 that "[t]he parties anticipate a settlement to be entered into shortly," the Status (Pretrial Scheduling) Conference currently set for July 2, 2007, is rescheduled to commence at 9:00 a.m. on September 17, 2007.

        IT IS SO ORDERED.

Dated:  June 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge